LAURENCE F. PADWAY (SBN: 89314)
lpadway@padway.com
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:   (510)814-0680
Facsimile:   (510)814-0650

Attorneys for Plaintiff
CONRAD HAYNES


AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

WOOD W. LAY (Admitted Pro Hac Vice)
wlay@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone:   (704) 350-7700
Facsimile:   (704) 350 7800

Attorneys for Defendants
BANK OF AMERICA GROUP BENEFITS PROGRAM,
BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE
BENEFITS COMMITTEE


JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
SPENCER P. HUGRET (SBN: 240424)
shugret@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:   (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

FILED
MAY 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

---

ADR STIPULATION AND [PROPOSED] ORDER                     CASE NO. C12-5879 JST

1

|   |   |
|---|---|
| CONRAD HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE, AETNA LIFE INSURANCE COMPANY,<br><br>    Defendants. | Case No. C12-5879 JST<br><br>~~ADR STIPULATION AND [PROPOSED]~~ JST<br>ORDER THEREON<br><br><br>DATE: MAY 15, 2013<br>TIME: 10:00 A.M.<br>HON. JON S. TIGAR |

To this Honorable Court, counsel for Plaintiff CONRAD HAYNES and Defendants BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE and AETNA LIFE INSURANCE COMPANY report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

1) Mediation through the Court's Panel.

2) The parties have further agreed to use one of the following mediators from the Court's Panel pending availability:

    a) Hon. Ellen S. James;

    b) Hon. Rebecca Westerfield;

    c) C. Mark Humber;

    d) Michael J. Loeb; or

    e) Bradford Huss;

///
///
///
///
///

ADR STIPULATION AND ~~[PROPOSED]~~ ORDER      CASE NO. C12-5879 JST

3) The parties further agree to mediate the matter within sixty (60) days of the date of the Order by the Court.

Dated: May 24, 2013            By:    /S/ Laurence Padway
                                                         Laurence F. Padway
                                                         LAW OFFICES OF LAURENCE F. PADWAY
                                                         Attorneys for Plaintiff
                                                         CONRAD HAYNES

Dated: May 24, 2013            By:    /S/ Wood W. Lay
                                                         Amanda L. Groves
                                                         Wood W. Lay
                                                         WINSTON & STRAWN LLP
                                                         Attorneys for Defendants
                                                         BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE

Dated: May 24, 2013            By:    /S/ Spencer Hugret
                                                         Jordan S. Altura
                                                         Spencer P. Hugret
                                                         GORDON & REES LLP
                                                         Attorneys for Defendant
                                                         AETNA LIFE INSURANCE COMPANY

Law Offices of Lawrence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

# [PROPOSED] ORDER

1) Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    a) Mediation; and

    b) the parties are to select a mutually agreeable mediator from the list above.

2) Deadline for ADR session must be completed within 60 days from the date of this order.

**IT IS SO ORDERED**.

Dated: May 29, 2013

_____
Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE

Law Offices of Lawrence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

ITNA 1084579 15564930v.1

4

ADR STIPULATION AND [PROPOSED] ORDER     CASE NO. C12-5879 JST