1  LAURENCE F. PADWAY (SBN: 89314)
   lpadway@padway.com
2  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
3  Alameda, CA 94501
   Telephone:   (510)814-0680
4  Facsimile:   (510)814-0650

5  Attorneys for Plaintiff
   CONRAD HAYNES
6

7  AMANDA L. GROVES (SBN: 187216)
   agroves@winston.com
8  WINSTON & STRAWN LLP
   101 California Street
9  San Francisco, CA 94111-5802
   Telephone:   (415) 591-1000
10 Facsimile:   (415) 591-1400

11 WOOD W. LAY (Admitted Pro Hac Vice)
   wlay@winston.com
12 WINSTON & STRAWN LLP
   100 North Tryon Street
13 Charlotte, NC 28202-1078
   Telephone:   (704) 350-7700
14 Facsimile:   (704) 350 7800

15 Attorneys for Defendants
   BANK OF AMERICA GROUP BENEFITS PROGRAM,
16 BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE
   BENEFITS COMMITTEE
17

18 JORDAN S. ALTURA (SBN: 209431)
   jaltura@gordonrees.com
19 SPENCER P. HUGRET (SBN: 240424)
   shugret@gordonrees.com
20 GORDON & REES LLP
   275 Battery Street, Suite 2000
21 San Francisco, CA 94111
   Telephone:   (415) 986-5900
22 Facsimile:   (415) 986-8054

23 Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
24

25             UNITED STATES DISTRICT COURT

26             NORTHERN DISTRICT OF CALIFORNIA

27                    OAKLAND DIVISION

28

FILED
MAY 29 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices of Lawrence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

---

ADR STIPULATION AND [PROPOSED] ORDER                    CASE NO. C12-5879 JST

1

|   |   |
|---|---|
| CONRAD HAYNES,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE, AETNA LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No. C12-5879 JST<br><br>~~ADR STIPULATION AND [PROPOSED]~~ JST<br>ORDER THEREON<br><br>DATE: MAY 15, 2013<br>TIME: 10:00 A.M.<br>HON. JON S. TIGAR |

To this Honorable Court, counsel for Plaintiff CONRAD HAYNES and Defendants BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE and AETNA LIFE INSURANCE COMPANY report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

1)     Mediation through the Court's Panel.

2)     The parties have further agreed to use one of the following mediators from the Court's Panel pending availability:

    a)     Hon. Ellen S. James;

    b)     Hon. Rebecca Westerfield;

    c)     C. Mark Humber;

    d)     Michael J. Loeb; or

    e)     Bradford Huss;

///
///
///
///
///

3)     The parties further agree to mediate the matter within sixty (60) days of the date of the Order by the Court.

Dated: May 24, 2013                By:    */S/ Laurence Padway*
                                                      Laurence F. Padway
                                                      LAW OFFICES OF LAURENCE F. PADWAY
                                                      Attorneys for Plaintiff
                                                      CONRAD HAYNES

Dated: May 24, 2013                By:    */S/ Wood W. Lay*
                                                      Amanda L. Groves
                                                      Wood W. Lay
                                                      WINSTON & STRAWN LLP
                                                      Attorneys for Defendants
                                                      BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA N.A., BANK OF AMERICA   CORPORATE BENEFITS COMMITTEE

Dated: May 24, 2013                By:    */S/ Spencer Hugret*
                                                      Jordan S. Altura
                                                      Spencer P. Hugret
                                                      GORDON & REES LLP
                                                      Attorneys for Defendant
                                                      AETNA LIFE INSURANCE COMPANY

Law Offices of Lawrence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

ETNA/1084579/15564930v.1

## [PROPOSED] ORDER

1) Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    a) Mediation; and

    b) the parties are to select a mutually agreeable mediator from the list above.

2) Deadline for ADR session must be completed within 60 days from the date of this order.

**IT IS SO ORDERED.**

Dated: May 29, 2013

_____
Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE