Laurence F. Padway, #89314
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510)814-0680
Facsimile : (510)814-0650


Attorneys for plaintiff
Conrad Haynes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD HAYNES, | No. C 12-05879 JST |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE, AETNA LIFE INSURANCE COMPANY, | Hon. Jon S. Tigar |
| Defendants. _____/ | |

Please take notice that the parties have reached a settlement in the above matter, and anticipate filing a stipulation for dismissal within the next 30 days.


Dated: July 12, 2013

/s/ Laurence F. Padway
Laurence F. Padway
Attorney for plaintiff

Ntc. of Settlement                              1