LAURENCE F. PADWAY, #89314
LAW OFFICES OF LAURENCE F. PADWAY
1516 OAK STREET, SUITE 109
ALAMEDA, CALIFORNIA 94501
TELEPHONE: (510)814-0680
FACSIMILE: (510)814-0650

ATTORNEYS FOR PLAINTIFF
CONRAD HAYNES


AMANDA L. GROVES (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

WOOD W. LAY (*Admitted Pro Hac Vice*)
wlay@winston.com
WINSTON & STRAWN LLP
100 North Tryon Street
Charlotte, NC  28202-1078
Telephone:    (704) 350-7700
Facsimile:    (704) 350 7800

Attorneys for Defendants
BANK OF AMERICA GROUP BENEFITS PROGRAM,
BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE
BENEFITS COMMITTEE


JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
SPENCER P. HUGRET (SBN: 240424)
shugret@gordonrees.com
GORDON & REES LLP
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
TELEPHONE: (415) 986-5900
FACSIMILE: (415) 986-8054

ATTORNEYS FOR DEFENDANT
AETNA LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE     CASE NO. C12-5879 JST

Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

| | |
|---|---|
| CONRAD HAYNES, | Case No. C12-5879 JST |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON |
| BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE, AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

WHEREAS, Plaintiff filed his Complaint on November 16, 2012 alleging causes of action for ERISA benefits due, breach of fiduciary duty, violation of California Insurance Code § 10110.2, failure to pay salary due and for intentional infliction of emotional distress; and

WHEREAS, Plaintiff and Defendants resolved this matter at mediation on July 11, 2013.

IT IS THEREFORE STIPULATED by and between Plaintiff Conrad Haynes and Defendants Bank of America Group Benefits Program, Bank of America N.A., Bank of America Corporate Benefits Committee, and Aetna Life Insurance Company (collectively "Defendants") that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action and all claims Plaintiff Conrad Haynes has asserted against Defendants in this action *are dismissed with prejudice*. Plaintiff and Defendants stipulate that each party shall bear their own attorneys' fees and costs.

Dated: September 11, 2013          By: ___/s/ Laurence F. Padway___
                                        Laurence F. Padway
                                        Law Offices of Laurence F. Padway
                                        Attorneys for Plaintiff
                                        CONRAD HAYNES

| | |
|---|---|
| Dated: September 11, 2013 | By: /s/ Wood W. Lay<br>Amanda L. Groves<br>Wood W. Lay<br>Winston & Strawn LLP<br>Attorneys for Defendants<br>BANK OF AMERICA GROUP BENEFITS PROGRAM, BANK OF AMERICA N.A., BANK OF AMERICA CORPORATE BENEFITS COMMITTEE |
| Dated: September 11, 2013 | By: /s/ Spencer P. Hugret<br>Jordan S. Altura<br>Spencer P. Hugret<br>Gordon & Rees LLP<br>Attorneys for Defendant<br>AETNA LIFE INSURANCE COMPANY |

**ATTESTATION OF E-FILED SIGNATURE**

I, Laurence F. Padway, am the ECF user whose ID and password are being used to file this Stipulation and Proposed Order. In compliance with Local Rule 5-1(i), I hereby attest that all counsel concurred in this filing.

DATED: September __, 2013         THE LAW OFFICES OF LAURENCE F. PADWAY

By   /s/ Laurence F. Padway
Laurence F. Padway
Attorney for Plaintiff
CONRAD HAYNES

The Court, having considered the Stipulation of the parties and good cause appearing thereon, orders as follows:

1) The matter is dismissed with prejudice against Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii);

2) Each party shall bear their own attorneys' fees and costs; and

///

Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

///

3) The Court shall retain jurisdiction over this matter to enforce the terms of the Confidential Settlement Agreement and Full and Final Release.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                              Jon S. Tigar
                              United States District Court Judge

Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, CA 94501

1084579/1685106

4
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE         CASE NO. C12-5879 JST